No. 39028.—Protests 939195–G, etc., of Jos. Riedel Glass Works, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 39029.—Protest 8§2623–G of L. Greenberg & Son, Inc. (New York).

Opinion by DALLINGER, J. It was found that the tacks in question are composed of steel shanks or pins and brass heads. They were held not provided for in the first part of paragraph 331 which is limited to thumb tacks composed of two or more pieces of iron or steel wire. The claim at nine-tenths of 1 cent per pound under paragraph 331 and T. D. 46051, plus 3 cents per pound under section 601 (c) (7), Revenue Act of 1932, was sustained.

No. 39030.—Protests 938791–G, etc., of McNally Pittsburg Mfg. Corp. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise in question consists of parts of machines the same as those the subject of Abstract 26194. The claim at 27½ percent under paragraph 372 was therefore sustained.